UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON CATES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　　　　Defendant. | CASE NO. C18-5448 BHS<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

　　　　This matter comes before the Court on Defendant National Railroad Passenger Corporation's ("Amtrak") motion for summary judgment on punitive damages.  Dkt. 37.

　　　　On November 6, 2018, Plaintiff Jason Cates ("Cates") filed an amended complaint against Amtrak seeking damages for injuries sustained when Amtrak's train derailed and struck his vehicle.  Dkt. 27.  Cates also seeks punitive damages.  *Id.* ¶ 6.1.

　　　　On October 30, 2019, Amtrak filed a motion for summary judgment on Cates's request for punitive damages.  Dkt. 37.  Cates did not respond.

ORDER - 1

Upon review of the motion, the Court grants the motion on the same grounds and for the same reasons set forth in *Mitchem v. Nat'l R.R. Passenger Corp.*, C18-5366-BHS, 2020 WL 91490 (W.D. Wash. Jan. 8, 2020) and related cases cited therein.

**IT IS SO ORDERED**.

Dated this 20th day of April, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge